NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| HARRIS *et al.*, Plaintiffs, v. SPORTBIKE TRACK GEAR *et al.*, Defendants | Civil Action No. 13-6527 (JLL) (JAD) ORDER |
|---|---|

This matter comes before the Court by way of a Report and Recommendation ("R&R") of Magistrate Judge Joseph A. Dickson (ECF No. 58) recommending that Defendant Planet-Knox Ltd.'s motion to dismiss based on lack of personal jurisdiction be denied without prejudice, and also recommending that the matter be transferred to the Eastern District of Michigan pursuant to 28 U.S.C. § 1631. Judge Dickson's R&R was originally filed on October 1, 2014 (ECF No. 40). At the request of the parties, due to ongoing settlement discussions, the period for objections was stayed. (*See* ECF Nos. 41, 42.) Subsequent to settlement discussions and conferences with Judge Dickson, Plant-Knox sought to file a motion for reconsideration of Judge Dickson's R&R. That request was granted, and on June 8, 2015, Judge Dickson denied Planet-Knox's motion for reconsideration. (ECF No. 57.) Because a formal period for objections had not been scheduled due to the prior party-requested stay, Judge Dickson re-filed his original R&R on September 8, 2015 (ECF No. 58) and ordered that "[t]he parties shall file any objections (regardless of whether those objections were at issue in connection with [the] motion for reconsideration), on or before September 22, 2015." (ECF No. 59.) No

objections to Judge Dickson's R&R were filed by September 22, 2015. As no objections were filed, the Court has not conducted a *de novo* review of the R&R. This Court has reviewed Judge Dickson's R&R, and adopts his recommendations. Accordingly,

IT IS on this 24 day of September, 2015,

**ORDERED** that the Report and Recommendation of Judge Dickson (ECF No. 58) is hereby ADOPTED as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Planet-Knox Ltd.'s motion to dismiss (ECF No. 27) is DENIED without prejudice; and it is further

**ORDERED** that this matter is hereby transferred to the Eastern District of Michigan pursuant to 28 U.S.C. § 1631.

**IT IS SO ORDERED.**

_____
JOSE L. LINARES
U.S. DISTRICT JUDGE